**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-1294

KAREN SUE WILSON,

Plaintiff - Appellant,

v.

MARION POLICE DEPARTMENT; MARION SHERIFF'S DEPARTMENT; MISSION MCDOWELL HOSPITAL; WAKE FOREST BAPTIST HOSPITAL,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (1:19-cv-00053-MR-WCM)

Submitted: June 20, 2019                    Decided: June 24, 2019

Before NIEMEYER, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Karen Sue Wilson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Sue Wilson appeals the district court's order dismissing without prejudice her 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilson v. Marion Police Dep't.*, No. 1:19-cv-00053-MR-WCM (W.D.N.C. Mar. 4, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*